845 A.2d 1249

IN THE MATTER OF DANIEL D. HEDIGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 057661994).

April 22, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–342, concluding that **DANIEL D. HEDIGER** of **EDGEWATER,** who was admitted to the bar of this State in 1995, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to commu-

nicate with client and to comply with reasonable requests for information) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DANIEL D. HEDIGER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.